**EXHIBIT "A-1"**

Case 2:21-cv-00802-LK   Document 18-1   Filed 09/13/21   Page 2 of 6




**JULY**

## MY FAVORITE THING IS MONSTERS VOL. 2

BY EMIL FERRIS

THE BREAKOUT TITLE OF 2016 CONCLUDES WITH THIS SECOND VOLUME

Can Karen solve Anka's murder? Why did Karen's brother Deeze shoot their brother Victor? Did Anka strike a deal with the devil by saving children from the Nazis by prostituting them? Did Karen's brother Deeze commit fratricide in Vietnam?

Taking place in tumultuous and violent Chicago in the summer of 1968, young Karen attends the Yippie-organized Festival of Life in Grant Park and finds herself swept up in a police stomping. Privately, she continues to investigate her neighbor's recent death and discovers one last cassette tape that sheds light upon Anka's heroic activities in Nazi Germany. She wrestles with her own sexual identity and tells her good friend Sam Silverberg, that the best birthday present she could receive is to "feel like there is someone in the history of the world who has been like me."

The cast of characters introduced in volume 1 of Emil Ferris's critically acclaimed masterwork *My Favorite Thing is Monsters* experience revelations and epiphanies that both resolve and deepen the mysteries earlier visited upon them. Visually, the story is told in Ferris's trademarked style of a breathtakingly seamless combination of panel sequences and cartoon montages.

EMIL FERRIS lives in Chicago. She has an MFA from the Art Institute of Chicago and is a 2010 Toby Devan Lewis Fellow in the visual arts.

"Absolutely astonishing." — Chris Ware

"Once you enter Emil Ferris's spectacular eye-popping magnum opus, there is no turning back. This is a monster of a book, in the best possible way." — Alison Bechdel



$34.99 Paperback Original w/ French Flaps
Comics & Graphic Novels/ Literary
304 pages, full color, 8" x 10 ½"
Territory: E • CQ: 10
ISBN 978-1-68396-019-5

- Vol. 1 was *PW* Big Indie Book of Fall 2016 and the most acclaimed GN debut of 2016
- Review attention
- Digital ARC
- Age range: 15+

ALSO AVAILABLE:
*My Favorite Thing Is Monsters Vol. 1*
$39.99 Paperback Original, ISBN 978-1-60699-959-2

24

**EXHIBIT "A-2"**


Case 2:21-cv-00802-LK   Document 18-1   Filed 09/13/21   Page 4 of 6

OCTOBER



# MY FAVORITE THING IS MONSTERS VOL. 2

BY EMIL FERRIS

**The breakout graphic novel of 2016 concludes with this second volume.**

Vol. 2 takes place in tumultuous and violent Chicago in the summer of 1968. Young Karen attends the Yippie-organized Festival of Life in Grant Park and finds herself swept up in a police stomping. Privately, she continues to investigate her neighbor's recent death and discovers one last cassette tape that sheds light upon Anka's heroic activities in Nazi Germany. She wrestles with her own sexual identity, and tells her good friend, Sam Silverberg, that the best birthday present she could receive is to "feel like there is someone in the history of the world who has been like me."

The cast of characters introduced in Volume 1 of Emil Ferris's critically acclaimed masterwork *My Favorite Thing is Monsters* experience revelations and epiphanies that both resolve and deepen the mysteries earlier visited upon them. Visually, the story is told in Ferris's trademarked style of a breathtakingly seamless combination of panel sequences and cartoon montages.

EMIL FERRIS lives in Chicago. She has an MFA from the Art Institute of Chicago and is a 2010 Toby Devan Lewis Fellow in the visual arts.

"Absolutely astonishing." — **Chris Ware**

"Once you enter Emil Ferris's spectacular eye-popping magnum opus, there is no turning back. This is a monster of a book, in the best possible way." — **Alison Bechdel**

"No one has ever made a comic like Emil Ferris's assured, superhumanly ambitious two-part debut graphic novel…. It threatens not merely to exceed established standards of excellence, but to set new ones." — *The Guardian*

"Ferris's mastery of comics, her pyrotechnic drawings, and her nested narratives are already placing her among the greatest practitioners of the form." — *The New Yorker*

"One of the most profound, ambitious and accomplished creative works to appear in any medium this decade." — *Forbes*



$34.99 Paperback Original w/ French Flaps
Comics & Graphic Novels/ Literary
304 pages, full color, 8" x 10 ½"
Territory: E • CQ: 10
ISBN 978-1-68396-019-5

- Vol. 1 was *PW* Big Indie Book of Fall 2016 and the most acclaimed GN debut of 2016
- Review attention
- Digital ARC
- Author website: http://emilferris.com/
- Twitter: @emilferrisdraws
- Instagram: @emilferris
- Age range: 15+

ALSO AVAILABLE:



*My Favorite Thing Is Monsters Vol. 1*
$39.99 Paperback Original,
ISBN 978-1-60699-959-2

22

**EXHIBIT "A-3"**

**APRIL**





27

# MY FAVORITE THING IS MONSTERS VOL. 2

BY EMIL FERRIS

**The breakout graphic novel of 2016 concludes with this second volume.**

Vol. 2 takes place in tumultuous and violent Chicago in the summer of 1968. Young Karen attends the Yippie-organized Festival of Life in Grant Park and finds herself swept up in a police stomping. Privately, she continues to investigate her neighbor's recent death and discovers one last cassette tape that sheds light upon Anka's heroic activities in Nazi Germany. She wrestles with her own sexual identity, and tells her good friend, Sam Silverberg, that the best birthday present she could receive is to "feel like there is someone in the history of the world who has been like me."

The cast of characters introduced in Volume 1 of Emil Ferris's critically acclaimed masterwork *My Favorite Thing is Monsters* experience revelations and epiphanies that both resolve and deepen the mysteries earlier visited upon them. Visually, the story is told in Ferris's trademarked style of a breathtakingly seamless combination of panel sequences and cartoon montages.

EMIL FERRIS lives in Chicago. She has an MFA from the Art Institute of Chicago and is a 2010 Toby Devan Lewis Fellow in the visual arts.

"Absolutely astonishing." — **Chris Ware**

"Once you enter Emil Ferris's spectacular eye-popping magnum opus, there is no turning back. This is a monster of a book, in the best possible way." — **Alison Bechdel**

"No one has ever made a comic like Emil Ferris's assured, superhumanly ambitious two-part debut graphic novel… It threatens not merely to exceed established standards of excellence, but to set new ones." — *The Guardian*

"Ferris's mastery of comics, her pyrotechnic drawings, and her nested narratives are already placing her among the greatest practitioners of the form." — *The New Yorker*

"One of the most profound, ambitious and accomplished creative works to appear in any medium this decade." – *Forbes*



$34.99 Paperback Original w/ French Flaps
Comics & Graphic Novels/ Literary
304 pages, full color, 8" x 10 ½"
Territory: E • CQ: 10
ISBN 978-1-68396-019-5

- **Vol. 1 was *PW*/Big Indie Book of Fall 2016 and the most acclaimed GN debut of 2016**
- **Review attention**
- **Digital ARC**
- **Author events and festival appearances**
- **Author website: http://emilferris.com/**
- **Twitter: @emilferrisdraws**
- **Instagram: @emilferris**
- **Age range: 15+**

ALSO AVAILABLE:



*My Favorite Thing Is Monsters Vol. 1*
$39.99 Paperback Original,
ISBN 978-1-60699-959-2