UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

---

FANTAGRAPHICS BOOKS, INC.,

    Plaintiff,

v.

EMIL FERRIS,

    Defendant.

---

EMIL FERRIS,

    Counter-Claimant,

v.

FANTAGRAPHICS BOOKS, INC.,

    Counter-Defendant.

---

No. 2:21-cv-00802-LK

**DECLARATION OF GARY GROTH IN OPPOSITION TO FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

**NOTE ON MOTION CALENDAR**
July 29, 2022

DECLARATION OF GARY GROTH IN OPPOSITION TO
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 1
2:21-cv-00802-LK

Endejan Law, LLC
*5109 23rd Ave, W.*
*Everett, WA 98203*

GARY GROTH declares under penalty of perjury as follows:

1. I am a resident of Seattle and serve as Publisher of Fantagraphics Books, Inc. (Fantagraphics"), an independent Seattle-based book publishing company that is the plaintiff in its action for a declaratory judgment against defendant Emil Ferris ("Ferris"). At all relevant times I served as Fantagraphics' primary contact with Ferris in connection with her work entitled MY FAVORITE THING IS MONSTERS ("the Work" or "MONSTERS") and with the Publishing Agreement dated January 13, 2016 ("the Agreement" or the "Publishing Agreement") by which Ferris granted to Fantagraphics publishing and other rights to the Work.

2. It is my understanding that Ferris' instant motion is entirely predicated on her contention that the Agreement's defined term "Book" -- the subject of the Agreement – has only one reasonable interpretation: that it must "as a matter of law" mean only "one volume." In the balance of this Declaration I will demonstrate, largely by directly quoting Ferris herself and her fully-authorized literary agent Holly Bemiss ("Bemiss"), that that proffered "only one reasonable interpretation" is demonstrably and egregiously false.

3. The relevant underlying facts are largely set forth in Fantagraphics' Complaint (Dkt 1) and its Reply to Ferris' Counterclaims (Dkt 18/19). In this Declaration I will in large part reiterate the substance of, but not necessarily verbatim, relevant provisions in those pleadings, but here with the addition that I am personally swearing to the truth thereof under oath and under penalty of perjury, all based on my own personal knowledge. (In those pleadings, I am referred to in the third person but for this Declaration I have changed those references to the first-person.). I have tried to present the underlying facts in chronological order, and for that purpose the following constitutes a "merger" of paragraphs from both our Complaint and our Reply.

DECLARATION OF GARY GROTH IN OPPOSITION TO
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 2
2:21-cv-00802-LK

Endejan Law, LLC
5109 23rd Ave, W.
Everett, WA 98203

**THE UNDERLYING FACTS**

4. Bemiss was at all relevant times Ferris' fully-authorized and fully-disclosed agent with respect to MONSTERS and the Publishing Agreement. In that connection, Paragraph 10 of the Agreement establishes Bemiss as Ferris' agent and Ferris subsequently wrote to Fantagraphics: "[Bemiss] was the only person I've ever authorized to be my agent and in communication with [Fantagraphics] about my work."

5. In or about August 2015, Ferris, through Bemiss, submitted to Fantagraphics a very long (more than 600 pages) manuscript for MONSTERS. In response to my expression of interest, Bemiss wrote in part: "[Ferris] is open to releasing this as one big book or two volumes. She has ideas as to how best to split the book, but does want to find an editor who really knows comics, and will be her guide."

6. The parties thereafter reached agreement on the terms pursuant to which Fantagraphics would publish that work. A copy of the parties' "PUBLISHING AGREEMENT" is annexed hereto as Exhibit "A."

7. On August 25, 2015, in an email to me, Bemiss directly quoted Ferris in part as follows: "From Emil: The way it works is that the split happens at approximately 384. . . . Another good point about division: Dividing the book [singular by Ferris] would allow me to bring 34 pages of what would come to be called the end of Volume II up to the visual/artistic standard set by Volume I. This requires a more artful execution and some good editing. All things an editor can guide."

8. By late 2015 the parties agreed that Fantagraphics would publish MONSTERS in two volumes, with Bemiss writing to me on October 23, 2015 in part (all CAPS in the original): "OK. EMIL SAYS SHE CAN HAVE VOLUME ONE READY BY DECEMBER 31ST. VOLUME TWO BY APRIL 31ST [sic]."

DECLARATION OF GARY GROTH IN OPPOSITION TO
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 3
2:21-cv-00802-LK

Endejan Law, LLC
*5109 23rd Ave, W.*
*Everett, WA 98203*

9. Acting as Ferris' agent, Bemiss prepared and sent to me for my approval a draft announcement extolling the signing of the Agreement. Bemiss wrote to me: "Hi Gary, here is the draft of the announcement. Look OK to you?" I responded that it did.

10. As drafted by Bemiss and approved by me, that announcement explicitly confirmed the parties' understanding and intention with respect to the two-volume publication of MONSTERS as follows (emphasis added):

> Gary Groth at Fantagraphics acquired world rights to <u>My Favorite Thing is Monsters,</u> by Emil Ferris. Drawn as the journal of a ten-year-old girl, the story follows her attempt to solve the mystery of the death of her beloved neighbor, a Holocaust survivor. Ferris's drawings reflect a world where the monstrous is beautiful, and where goodness is found in the most unlikely places. <u>The 600+ page, four color graphic novel will be published in 2 volumes, beginning in September 2016.</u> Holly Bemiss of the Susan Rabiner Literary Agency closed the deal.

11. Shortly thereafter, the trade publication <u>Publishers' Marketplace</u>, the book publishing industry's primary source for such announcements, prominently published this slightly-edited version of that draft:

> **PublishersMarketplace Deal Report**
>
> Graphic Novel — March 3, 2016
>
> Emil Ferris's MY FAVORITE THING IS MONSTERS, drawn as the journal of a ten-year-old girl, the story follows her attempt to solve the mystery of the death of her beloved neighbor, a Holocaust survivor, the author's drawings reflect a world where the monstrous is beautiful, and where goodness is found in the most unlikely places, to be published in 2 volumes, beginning in September 2016, to Gary Groth at Fantagraphics, by Holly Bemiss (world).

12. Once the Publishing Agreement was fully signed and the decision to publish MONSTERS in two volumes made, Fantagraphics began granting licenses to various foreign publishers to publish both separate volumes. Numerous such licenses, which specified the separate publication of Book 1 and Book 2, were granted, and separate advance payments for

DECLARATION OF GARY GROTH IN OPPOSITION TO  
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 4  
2:21-cv-00802-LK

Endejan Law, LLC  
*5109 23rd Ave, W.*  
*Everett, WA 98203*

each volume were received by Fantagraphics. Ferris was not only fully informed at the time of those licenses, she was sent copies of the actual licenses and was sent her contractual share of those advance payments, including those specifically attributable to Book 2. Ferris fully and without objection approved and supported Fantagraphics' licensing of rights to Book 2.

13. In early 2016, when the date for the publication of Book 1 was agreed-to, the parties (and Bemiss) further agreed that Book 2 – the second (not quite) half (here "half") of the manuscript Ferris submitted in 2015 – would be published in July 2017. (For consistency and clarity, and adopting Ferris' preferred nomenclature, that first volume will be referred to as "Book 1" and the second volume "Book 2.")

14. With Ferris' and Bemiss' full knowledge and enthusiastic support, Fantagraphics prominently announced that July 2017 publication date for Book 2 in its catalogue for that publishing season. A copy of Fantagraphics' announcement of the July 2017 publication of Book 2 is annexed hereto as Exhibit "B."

15. For the purposes of that announcement, Ferris agreed that it could include the proposed Book 2 front-cover (and other matter) that she created in collaboration with Fantagraphics' designer Jacob Covey as part of her ongoing work with him. The illustration at the upper left part Exhibit "B" is Ferris' proffered front-cover of Book 2, and the two other illustrations are the further contributions she created and agreed could be included in that announcement

16. In early 2016, more than a year before the agreed July 2017 publication date for Book 2, Ferris advised Fantagraphics that she wanted to edit somewhat ("polish") the second half of MONSTERS before it was published on that agreed date, promising that she would deliver her polished version to Fantagraphics in time to have the book published then.

17. In her Answer (at Paragraph 15), Ferris admits that she used the word "polish" to describe what she proposed to do with the second half of MONSTERS as she originally sub-

DECLARATION OF GARY GROTH IN OPPOSITION TO  
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 5  
2:21-cv-00802-LK

Endejan Law, LLC  
*5109 23rd Ave, W.*  
*Everett, WA 98203*

mitted it.

18. In submitting the entire manuscript of MONSTERS to Fantagraphics in August 2015, Bemiss stated that it was "a masterpiece on almost every page," and Fantagraphics was prepared to publish as Book 2 the second half of that manuscript as it was originally submitted, without any "polishing."

19. Nevertheless, as a courtesy to Ferris, Fantagraphics agreed to Ferris' request for an opportunity to "polish" a work that was already complete and accepted and under contract (the Publishing Agreement) for publication. Ferris agreed to deliver her "polished" version of the second half of her original manuscript in time for it to be prepared for publication and then published in July 2017.

20. With Ferris' full support and agreement, and based on the manuscript she initially submitted to it in 2015, Fantagraphics published the first volume of MONSTERS in February 2017. The first ("title") page of the published book proclaims (in very large colored type) "MY FAVORITE THING IS MONSTERS," followed immediately (also in large type) by "BOOK ONE."

21. The spine of Fantagraphics' print edition of Book 1 of MONSTERS clearly states (in all caps): "BOOK ONE." The copyright indicia page of that edition describes the within book as "MY FAVORITE THING IS MONSTERS VOLUME ONE."

22. Notwithstanding her promise to deliver to Fantagraphics her "polished" version of Book 2 in time to have it published as announced in July 2017, Ferris failed to meet the agreed deadline, thus thwarting the scheduled July 2017 publication.

23. Addressing this failure, Ferris and Bemiss and Fantagraphics agreed to reschedule the publication of Book 2 to October 2017, with Ferris again promising that she would deliver her "polished" version in time to have it published then. As a result, again with Ferris' and Bemiss' full knowledge and support, Fantagraphics announced in its catalogue that Book 2

DECLARATION OF GARY GROTH IN OPPOSITION TO
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 6
2:21-cv-00802-LK

Endejan Law, LLC
*5109 23rd Ave, W.*
*Everett, WA 98203*

would be published, this time in October 2017. A copy of Fantagraphics' announcement of the October 2017 publication of Book 2 is annexed hereto as Exhibit "C."

24. But once again Ferris failed to meet her new agreed deadline, thus thwarting the (re)announced publication of Book 2 in October 2017.

25. After further communication with Ferris and Bemiss, the parties agreed that Book 2 would now be published in April 2018, and, for the third time, Fantagraphics publicly announced that new publication date, again with Ferris' and Bemiss' full knowledge and support. A copy of Fantagraphics' announcement of the April 2018 publication of Book 2 is annexed hereto as Exhibit "D."

26. The October 2017 and April 2018 announcements of Fantagraphics' publication of Book 2 are substantively identical to the first such announcement (Exhibit "B"), featuring Ferris' own front-cover and additional content that she created for that announcement.

27. But Ferris once again failed to meet her deadline for that publication.

28. By that time, relying each time on Ferris' assurances that she would deliver her "polished" version of Book 2 on time, Fantagraphics had publicly announced a date for the publication of that work in three separate catalogues – all with Ferris' and Bemiss' full knowledge and support. Fantagraphics' distributor expended substantial resources mobilizing its sales force three separate times to sell the book to retailers, wholesalers, chains, etc., and Fantagraphics itself created marketing materials and otherwise prepared for publication three separate times, only each time having to inform all concerned that their efforts should be stopped and orders rescinded, etc., because the book would not be forthcoming when it was promised.

29. Fantagraphics then informed Ferris that it could not risk further damaging its relationships with its distributor and retailers and the publishing industry at large by re-announcing the publication of Book 2 a fourth time unless and until she actually delivered it.

DECLARATION OF GARY GROTH IN OPPOSITION TO
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 7
2:21-cv-00802-LK

Endejan Law, LLC
5109 23rd Ave, W.
Everett, WA 98203

Which, to date, now more than five full years after the publication of Book 1, and despite her repeated promises, she has still failed to do.

30. In the four-plus years following the signing of the Publishing Agreement, Ferris repeatedly confirmed in writing that MONSTERS would be published in two volumes under the Publishing Agreement. I will here only present a sampling of those writings:

a. Even before the initial public announcement of the two-volume publication of MONSTERS in early 2016 (quoted at Paragraph 10 above), Ferris confirmed her understanding that MONSTERS would be published in two volumes when she wrote to me that "The first volume is 386 pages."

b. In May of the following year (2017), Ferris further confirmed the two-volume publication of MONSTERS under the Publishing Agreement and her obligation to deliver her polished version of Book 2 when she wrote (emphasis added): "Having [Bemiss] do her role means that all such is off my shoulders <u>which allows me to focus on the most important aspect of my role, (which is getting Book 2 sent to you ASAP)</u>."

c. Later that year, Ferris again confirmed the two-volume publication of MONSTERS under the Publishing Agreement when she wrote (emphasis added): "<u>I'm trying to work concurrently on Book2, because I feel the need to get that out ASAP</u>."

d. On February 23, 2018, Ferris wrote to me (emphasis added): "Hi Gary, <u>I've reassessed travelling in favor of banging out the book, but I will need April for the last half of the book and I need to know if I have April. I need to know that if I take April to finish I have a commitment from you to bring it out this year. I know you are travelling but could you respond Asap?</u>

" e. On March 27, 2018, Ferris wrote in part to me (emphasis added): "I will tell you this: I am no fortune teller but I am working very hard. <u>You need to see something of the book and we need to talk about how to get this done. I am intending to send you the first portion of</u>

DECLARATION OF GARY GROTH IN OPPOSITION TO
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 8
2:21-cv-00802-LK

Endejan Law, LLC
5109 23rd Ave, W.
Everett, WA 98203

the book on April 2nd (April 1st isn't fortuitous). At that point we should discuss what to do going forward. Many thanks for your patience and faith in me. Many apologies for the difficult aspects of your end of our magic spell. Emil"

f. On April 18, 2018, Ferris wrote to me (emphasis added): "We've both hoped that Book 2 could be brought out this year. I've given it a lot of thought and don't believe that will happen. I've tried every approach I can to edit and condense but the book is demanding that I take more time."

g. In January 2021, on Facebook, Ferris responded to a fan's question about Book 2 -- "Will there ever be, Emil?" – as follows (emphasis added): "I believe so and sooner rather than later if I get what I need."

31. Again, the above communications are only a sample of all of Ferris' repeated written confirmations that she understood and agreed at all times that MONSTERS would be published in two volumes under the Publishing Agreement. In addition, there is also a trove of similar such confirmations by Bemiss, Ferris' agent, all of which is binding on Ferris. Here is a sampling of Bemiss' written confirmations that all concerned understood and agreed that MONSTERS would be published in two volumes under the Publishing Agreement:

a. On December 14, 2017, Bemiss wrote to me:

Hi Gary, what would happen if Emil could do this?

>Jan 15: 200 pages
>March 15: 200 pages
>Book 2 would be 400 pages

>Would a 2018 pub date still be a possibility?

. b. On that same date, Bemiss further wrote to me in part: "In my opinion, it is not other freelance that is keeping her from finishing Book 2. (Or socializing online for that matter.) It is that she has gotten in there and gotten caught up in the story. And, I think she's now realized that she has 50K readers (instead of none with book 1) and is intimidated. Or

DECLARATION OF GARY GROTH IN OPPOSITION TO
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 9
2:21-cv-00802-LK

Endejan Law, LLC
*5109 23rd Ave, W.*
*Everett, WA 98203*

something. I can't quite figure out what is going on. But in any case it will be good for her profile (and book sales) if she does the cover. It would depend on the dates, though. I don't know if she is working on anything other than book 2 now."

c. On March 15, 2018, Bemiss wrote to me: "Hi Gary, Emil says, 'I'm still aiming for the end of April.' So that's where we are! Thanks, Holly."

32. Until very recently, Ferris never suggested that Fantagraphics did not have the contractual right to publish Book 2. Instead, at different times, she blamed her failure to deliver the promised version on her mental and/or physical health, on a defective computer, and on her claimed need to generate other income. But after 2019, for the first time, mostly through her newly-acquired lawyers, she began to claim that Fantagraphics does not any right to publish any version of Book 2. And it is that claim that compelled Fantagraphics to bring this action for a declaratory judgment establishing its right to do so.

33. Ferris asserts that the parties' January 13, 2016 Publishing Agreement only applied to what she sometimes calls "Monsters Book 1" but what she previously called "Book 1." This is demonstrably false. In fact, the Agreement applies instead to the singular <u>work</u> entitled "My Favorite Thing is Monsters" – no number – and there is not a word, not a hint, in all of the parties' interactions leading to the Agreement that even arguably suggests that the Agreement applies to anything other than the entire 638-page manuscript Ferris admits she submitted to Fantagraphics.

34. Beginning in 2016 – shortly after the Publishing Agreement was signed and before Book 1 was published – and continuing for several years thereafter, Ferris worked closely with Jacob Covey, the person at Fantagraphics responsible for the design of its books (including Book 1), about the design of Book 2. For example, on June 27, 2016, just after Book 1 was sent to the printer, Ferris wrote, referring specifically to the design of Book 2:

> I've sent some basic cover material, (hoping this will work for a basis - it is an older notebook and hence not scored for tear-off sheets) as well as three

DECLARATION OF GARY GROTH IN OPPOSITION TO
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 10
2:21-cv-00802-LK

Endejan Law, LLC
*5109 23rd Ave, W.*
*Everett, WA 98203*

interpretations of Jacob's conception to consider. There are fine points of
correction that are required to Anka's face. I am now working on transcribing
Allison's kind words into my hand.

Any thoughts about the back cover are well appreciated. I think Karen would be
best portrayed there. All observations are welcome, though.

Is it possible for me to illustrate the inner front and back covers?

E

35. Obviously, all that work by Ferris on the design of Book 2 – beginning right after the Publishing Agreement was signed in January 2016 – would never have happened if both parties did not understand that Fantagraphics would be the publisher of the very Book 2 they were actually designing.

36. With respect to the timing of her submission of covers for Book 2, Ferris wrote me as follows:

Hi Gary,

I am banging out a large bundle of pages. Is the cover more important right now?
Should we give a few days more to the April sending of pages, Gary? Let's say
April 6th? That will give me time to work on the cover. Let me know.

Obviously, Ferris would not -- could not -- have been so deeply involved with Fantagraphics on the cover of Book 2 if she did not understand that Fantagraphics would in fact be the publisher of that (second) volume of what she called "the book."

37. As Ferris now effectively admits, she was aware of and fully approved all of Fantagraphics' (ultimately thwarted) announcements of its forthcoming publication of Book 2, which confirms that she fully understood Fantagraphics' existing right to publish that Book 2.

38. On April 8, 2017, responding to my concern about the status of Ferris' "polished" version of Book 2, Bemiss wrote to me in part as follows:

I too thought book 2 was done. She has assured me she is working on it, mostly
the first part that she had to change slightly to split it into 2 volumes. I have
talked w her about it several times. I do recommend you calling her and if you
don't get any satisfactory answers, let me know. . . .

DECLARATION OF GARY GROTH IN OPPOSITION TO
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 11
2:21-cv-00802-LK

Endejan Law, LLC
*5109 23rd Ave, W.*
*Everett, WA 98203*

> What I'm not sure I understand is why she didn't work on Vol. 2 after Vol. 1 had gone to the printer, which was a year ago, i.e. she's had literally a year to finish Vol. 2 now, most of which was before the real distracting media blitz hit. But, in fact, I thought she was.
>
> Anyway, I'm just frustrated and I'm sure there are reasons that I may not know.

39. Five days later, on April 13, 2017, Bemiss further wrote to me as follows:

> Hi Gary. I had a long talk with Emil this morning. She is still very much trying to make the deadline, but to be honest, at this point, it is not looking good. She has added a bit to the 2nd book, to account for the break, and it has tripped her up. At this point, she says she has 200 pages done, but the first 100 are still being smoothed out, and the last 100 need some attention.

40. About three hours later, Bemiss further wrote to me as follows:

> Also, Gary, I know this is a highly annoying situation, but I really don't think Emil knew she wouldn't be able to meet the deadline. She really has been trying. I just want you to know that even though it sucks that she didn't tell you sooner, it wasn't malicious. She really didn't know sooner. She finally admitted it to herself (and me) today.

41. On April 16, 2017 -- shortly after Book 1 was published – Ferris responded to an invitation to speak by writing to Fantagraphics' publicity staff: "I could develop a talk I give for when book 2 is out."

42. On April 20, 2017 – belying her claims in her Answer/Counterclaims about the unformed, indeed non-existent, status of Book 2 – Ferris provided to *Library Journal* a detailed fully-formed summary of that second volume:

> Many of the paintings that I love that didn't make it into the first book, will be seen in the second book, though. (Get ready for Karen to draw some luscious Renaissance gore!)
>
>    \*  \*  \*  \*
>
> Anka Silverberg's story takes up quite a bit of Book 2. We see her life in Nazi era Germany and her attempt to save six girls, despite the terrible cost. The mystery of Anka's death is solved and we also come to understand who Karen's brother Deeze has killed. We learn more about the Invisible Man (Karen's father.) Among many other things we find out what became of the down-at-heels ventriloquist Mr. Chugg and ... Karen falls in love!

43. On April 27, 2017, further belying Ferris' representations in her Answer about the

DECLARATION OF GARY GROTH IN OPPOSITION TO
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 12
2:21-cv-00802-LK

Endejan Law, LLC
5109 23rd Ave, W.
Everett, WA 98203

non-existence of Book 2, Bemiss wrote to me in part as follows:

> Well we know book 2 exists. It did already. It just isn't where she wants it, yet. I am worried about how she's going to have money to support herself through the summer if she is going to take all summer to finish it. I was under the impression that she could be done sooner.

44. In the course of discussing what Ferris promised was her imminent completion of Book 2, she and I agreed that she needed to write and draw a few pages of transition from Book 1 to Book 2, recapitulating the main parts of Book 1 for the benefit of readers who had not read Book 1 recently, if at all. In May 2017 she sent to Fantagraphics 38 pages of Book 2, including a transition section of about eight pages. I responded to those pages in part as follows:

> Hi, Emil!
>
> I wanted to let you know that I read all the new pages you gave me and assessed the transition.
>
> I think you nailed it. You decided to repeat the key moment —"I am your brother Victor"— which I think was a good call because it's so crucial and it serves as a memory refresher to the reader, and you also managed to make a seamless transition between the two volumes, and included that helpful element as well. I think it works.

45. On August 18, 2017 – about six months after Book 1 was published and (roughly) when Ferris most recently promised to deliver her "polished" version of Book 2 -- Ferris wrote to Fantagraphics' Events Coordinator as follows (emphasis added): "Dear Emily, <u>As you are figuring out the logistics of a Book tour for Book2 I thought I would forward these folks to you</u> [owners of a book store]." Obviously, Ferris could not have written that sentence unless she well understood that Fantagraphics would be the publisher of Book 2, under the only agreement she and it ever signed for MONSTERS.

46. In September 2017, Ferris participated in a panel discussion sponsored by Fantagraphics at the "Cartoon Crossroads" convention in Columbus, Ohio. The description of that panel stated in its entirety (emphasis added here):

DECLARATION OF GARY GROTH IN OPPOSITION TO
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 13
2:21-cv-00802-LK

Endejan Law, LLC
5109 23rd Ave, W.
Everett, WA 98203

> Emil Ferris is a phenomenon, stepping forward from behind the curtains of non-creators to drop what will surely be the book of the year: the wonderfully drawn My Favorite Thing is Monsters. Amy Chalmers digs into what makes Ferris tick, what it's like for a work you've created to see this kind of positive reaction <u>and of course what we might see in next April's volume 2.</u>

Ferris was aware of that description and communicated no objection to it.

47. On July 7, 2017, Ferris raised with Jacq Cohen, Fantagraphics' Executive Director of Marketing, Publicity and Promotions, a concern about "controversy" about "Book2." Ferris mused: "So much so that anyone will want to give it separate attention when the time comes."

48. In emails to me dated August 28, 2017 and September 13, 2017, Ferris further admitted that she was obligated to send Book 2 to Fantagraphics. In the first, she wrote:

> Yes, I won't be done with the book until the earliest of late November or the latest of January. Ultimately Fantagraphics will be glad for the work on Book 2. Trust me on that.

And the second email stated in its entirety:

> Hi Gary,
>
> Of course it would be wonderful to see you, if possible.
>
> Thank you for explaining things regarding the complexities of publishing.
> I'm sorry for the wait for Book2.
>
> What I can promise you is that I will try to speed things up and that I have tried to make it well worth the wait.
>
> Many thanks,
> Emil

49. In November 2017, a publication of the University of Nevada asked Ferris for permission to publish excerpts from Book 2 and sent her a proposed contract for that use. In that connection, they wrote (emphasis added): "Please feel free to strike out <u>any of the concerns in this version of the contract that Fantagraphics has</u>." Ferris sent the proposed contract to Fantagraphics for its approval, something she would not have done if she didn't understand that Fantagraphics would be the book publisher of that material.

DECLARATION OF GARY GROTH IN OPPOSITION TO
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 14
2:21-cv-00802-LK

Endejan Law, LLC
*5109 23rd Ave, W.*
*Everett, WA 98203*

50. On December 14, 2017, Bemiss wrote to me in part as follows:

> She understands that it is a disappointment to you that she hasn't turned it in, yet, but in the process of perfecting the break and the ending, she's gotten a little caught up in the story. I hope she can find her way through it.

51. On January 18, 2018, Bemiss wrote to me in part as follows:

> Hi Gary, yes I spoke w Emil yesterday. . . . she's struggling to get book 2 to you. She now says Feb. 1. She is not doing this out of spite or lack of attention, but I do think she's struggling a bit.

52. In late 2018, Ferris and Fantagraphics agreed to create and publish a "one shot" 32-page comic book to help promote both Book 1 and Book 2 of MONSTERS. The publication was entitled "Our favorite thing is MY FAVORITE THING IS MONSTERS." Ferris insisted that she see and approve in advance every word – every dot – of that publication, which she did. The "Welcome" page of that publication, by the Fantagraphics Editor of it, stated in part: "We hope you enjoy this comic book as we eagerly await the release of *My Favorite Thing is Monsters* Book Two in 2020." Ferris approved that statement.

53. On April 5, 2018, Jacq Cohen, Fantagraphics' Executive Director of Marketing, Publicity and Promotions, wrote to Ferris with this news: "The most exciting feature I've been able to tentatively secure for *Monsters 2* is an interview (1-2 pages in print) with *O, The Oprah Magazine*."

54. On the same day, Ferris responded, but not by saying "Are you crazy? There is no *Monsters 2*, and if there were you have no rights to it." Instead, Ferris responded as follows:

> Hi Jacq,
>
> Thank you for letting me know all this and for procuring these opportunities. Mostly I just want everyone to know that I'm thinking about these things and formulating a response. Meanwhile I'm just going to continue to send in the book.
>
> All best,
> Emil

55. About two weeks later, on April 18, 2018, Ferris broke this news to me:

DECLARATION OF GARY GROTH IN OPPOSITION TO
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 15
2:21-cv-00802-LK

Endejan Law, LLC
*5109 23rd Ave, W.*
*Everett, WA 98203*

Hi Gary,

We both hoped that Book2 could be brought out this year. I've given it a lot of thought and don't believe that will happen.

I've tried every approach I can to edit and condense but the book is demanding that I take more time.

I will send you parts of the book as they become print-ready. I feel confident that I can complete the book by the end of the year but there are too many variables to know a certain date.

I know we share the disappointment regarding this fact and I'm doing everything I can.

All best and with great regard,
Emil

56. On that same day, I responded to that news in part as follows:

Dear Emil,

I was about to give you a call because I was wondering, of course, what as [sic] going on. Having not heard from you since we got those first 38 pages, I kind of figured it was heading in this direction. I'm sorry it's been so hard. I sympathize; in fact, I more than sympathize. If you need or want any editorial guidance, please let me know. I am happy to help.

At this point, after we've had so many different pub dates come and go, I think it's best if we just let you complete it at the pace you and the work require. I'd appreciate any updates throughout the year. . . .

Emil, everyone who read Volume 1 is anticipating Volume 2 so when you finish, we will crank up the publicity machine and make sure the world knows it's coming and get you a mountain of good press. We are fully behind you.

57. In May 2018 Ferris hired a personal assistant, Linda Bernard, for the express purpose of relieving Ferris of numerous responsibilities, including scheduling, to enable her to concentrate on completing Book 2 and then sending it to Fantagraphics without further delay. Bernard has and will confirm that Ferris directly told her that she (Ferris) was obligated to complete and deliver Book 2 to Fantagraphics and that she was "overdue" in fulfilling that obligation.

DECLARATION OF GARY GROTH IN OPPOSITION TO
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 16
2:21-cv-00802-LK

Endejan Law, LLC
5109 23rd Ave, W.
Everett, WA 98203

58. On July 31, 2018, Bemiss wrote to me in part: "I spoke to her tonight. . . . She said she's working hard on book 2 and has had a breakthrough, which was good to hear."

59. On October 15, 2018, Ferris wrote to Bernard, her personal assistant (emphasis added):

> <u>I need to put my focus on getting Book2 done and out of my "fur!"</u>
>
> On a side note, [Fantagraphics'] Eric [Reynolds] had some really good news. Fanta wants to make [the one-shot comic book discussed at Paragraph 52 above] be a feature for Monsters, and I'm flattered and excited. <u>That's 75,000 copies worth of promotion for Book2! But even as cool as that is, my prime focus has to be on getting this CREATURE finished and into Fanta's aching hands. they've been fairly patient, although I think it's kind of killing Gary.</u>

60. Finally (for this recounting), on November 27, 2018, Bernard wrote to two of her Fantagraphics contacts as follows:

> Keeping Emil on the straight and narrow? Surely you jest. I have no more of a clue what's going on than any of you.
>
> BTW. Let's save Gary from a stroke and NOT tell him that she was on [Facebook] for hours last night, peddling her MFTIM t-shirt, a mere 5 days before deadline. The fact that she won't talk directly to Gary and has asked to funnel messages between them through me is an unbelievable new high in the craziness. But I'm not judging . . . [emoji deleted].

**ABOUT 'BOOK 2'**

61. After more than four full years of repeatedly promising to send us her "polished" version of the second half of the 600+ page manuscript of MONSTERS she submitted to us in August 2015 – according to Bemiss, "a masterpiece on almost every page" -- Ferris entirely reversed her position and suddenly declared that Fantagraphics had no right to publish any version of what she previously consistently called "Book 2." And her newly-acquired lawyers then -- with ultimatums and threats -- forcefully reinforced that new position. This action for a Declaratory Judgment necessarily followed.

62. When this action was commenced, the only extant "Book 2" we were aware of was the second half of Ferris' original submission of MONSTERS. As a result, our claim for

DECLARATION OF GARY GROTH IN OPPOSITION TO
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 17
2:21-cv-00802-LK

Endejan Law, LLC
5109 23rd Ave, W.
Everett, WA 98203

a Declaratory Judgment was necessarily limited to that work.  Obviously, if Ferris ever actually completed her long-promised "polished" version -- in whatever form that "polishing" took -- we assume (and will assert in this litigation) that our requested Declaratory Judgment should encompass any "polished" version that Ferris may actually complete, precisely because the Publishing Agreement as consistently understood and agreed by both parties so contemplated and intended.  (I understand that various Federal Rules, including 15(b) and 54(c), are applicable to that point.)

63. In her motion,  as in her pleadings, Ferris seeks to trivialize and trash as "remnant" her own work in the second half -- over 200 pages -- of her original manuscript for MONSTERS.  However, we note that that trivialization only began after we commenced our Declaratory Judgment action -- the term "remnant" to refer to the second half of Ferris' original manuscript was never expressed by Ferris (or anyone else) before then.  And, of course, that trivializing term flatly contradicts a) Ferris' own 2016 view that she only wanted to "polish" those pages; b) Bemiss' assessment -- "a masterpiece on almost every page"; and c) Fantagraphics' readiness to publish those pages exactly as Ferris submitted them to it in her original manuscript.  It is unfortunate that Ferris apparently feels the need to trash her own work in this litigation and we wholly reject that effort as the silly and embarrassing gambit it so clearly is.

64. I understand that Ferris has suggested that she may now actually be ready to complete and have published her long-promised "polished" Book 2.  Fantagraphics stands ready to receive and, assuming it's as publishable as was Book 1 and the second half of her original submission, to publish it as contemplated by the Publishing Agreement.

**ADDRESSING SOME FERRIS ASSERTIONS**

65. I have reviewed Ferris' Declaration in support of her motion.  Based on my own personal knowledge, it is replete with false assertions, most having nothing whatever to do

DECLARATION OF GARY GROTH IN OPPOSITION TO  
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 18  
2:21-cv-00802-LK

Endejan Law, LLC  
*5109 23rd Ave, W.*  
*Everett, WA 98203*

with the motion. For just one example, although in her Answer she falsely claimed that we violated Rule 408 in our Complaint, she somehow finds it appropriate (albeit falsely) to discuss the substance of our failed settlement effort, which could not be more irrelevant to the adjudication of this motion. (If Ferris really wants to provide to the Court the contents of those settlement efforts, Fantagraphics is fully prepared to do so.) Because of their utter irrelevance to this motion, I will not respond here to virtually all of the entirely unsupported and false assertions in Ferris' Declaration.

66. I will, however, briefly address here two assertions in Ferris' Declaration. Specifically, notably without reference to any supporting evidence, Ferris asserts that I and Fantagraphics somehow communicated that we did not believe the Publishing Agreement covered the publication of MONSTERS in two volumes and that, post-Agreement, we ever discussed contract "terms" for our publication of Book 2. I hereby unequivocally deny that Fantagraphics <u>ever</u> communicated or discussed any such thing and I hereby unequivocally declare that Ferris' assertions are utterly false. Further, we hereby challenge Ferris to produce a shred of evidence beyond her own bald assertions -- an email, a text message, a recording, the back of an envelope -- that she proffers as support for those assertions. We are confident she cannot and will not do so.

67. Ferris is of course well aware of all of the background factual history set forth above in this Declaration that establishes beyond credible dispute that she well understood and repeatedly confirmed that the Publishing Agreement applied to (in Bemiss' phrase in the Bemiss Annoucement) "2 volumes." And yet, albeit without providing a shred of support, she states the opposite in her Declaration. It is my hope that the underlying truth – whether my

DECLARATION OF GARY GROTH IN OPPOSITION TO
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 19
2:21-cv-00802-LK

Endejan Law, LLC
*5109 23rd Ave, W.*
*Everett, WA 98203*

assertions or Ferris' are true or false -- can independently be established as promptly as possible, and I hereby pledge to cooperate fully in any and every such undertaking.

Dated: July 21, 2022

                                                    s/ Gary Groth