WAWD – Praecipe (Revised 6/2021)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FANTAGRAPHICS BOOKS, INC.<br><br>　　　　　　　　　Plaintiff(s),<br>　v.<br>EMIL FERRIS<br><br><br>　　　　　　　　　Defendant(s). | CASE NO. 2:21-CV-00802-LK<br><br>PRAECIPE |

To the Clerk of the above-entitled court:
You will please:

find attached:
1. Signature page for the DECLARATION OF GARY GROTH IN OPPOSITION TO FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT with proper signature in response to the July 25, 2022 Notice Regarding Lack of Proper Signature.

2. Exhibit A-D to the DECLARATION OF GARY GROTH IN OPPOSITION TO FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT. Inadvertentently, they were not attached in the original filing.

| | |
|---|---|
| 7/26/2022<br>Dated | /s/Judith A. Endejan<br>　　Sign or use an "s/" and your name<br><br>Endejan Law, LLC<br>5109 23rd Ave. West<br>Everett, WA. 98203<br>(206)799-4843<br>　　Name, Address, and Phone number of Counsel or Pro Se |

PRAECIPE - 1

67. Ferris is of course well aware of all of the background factual history set forth above in this Declaration that establishes beyond credible dispute that she well understood and repeatedly confirmed that the Publishing Agreement applied to (in Bemiss' phrase in the Bemiss Annoucement) "2 volumes." And yet, albeit without providing a shred of support, she states the opposite in her Declaration. It is my hope that the underlying truth -- whether my assertions or Ferris' are true or false -- can independently be established as promptly as possible, and I hereby pledge to cooperate fully in any and every such undertaking.

Dated: July 20 2022

Gary Groth

DECLARATION OF GARY GROTH IN OPPOSITION TO
FERRIS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 20
2:21-cv-00802-LK

*Endejan Law, LLC*
*5109 23rd Ave. W.*
*Everett, WA 98203*