THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

---

FANTAGRAPHICS BOOKS, INC.,

        Plaintiff,

v.

EMIL FERRIS,

        Defendant,

---

EMIL FERRIS,

        Counter-Claimant,

v.

FANTAGRAPHICS BOOKS, INC.,

        Counter-Defendant.

---

2:21-cv-00802 - LK

**JOINT MOTION FOR AND JOINT DECLARATION OF KENNETH P. NORWICK AND MARC H. GREENBERG IN SUPPORT OF STAY**

**KENNETH P. NORWICK AND MARC H. GREENBERG EACH DECLARE UNDER PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT:**

1. Declarants, lead counsel respectively for Plaintiff Fantagraphics Books, Inc. and for Defendant Emil Ferris, are pleased to advise the Court that the Parties have executed a PRO-

---

JOINT MOTION AND DECLARATION FOR STAY
2:21-cv-00802 - LK  1

Endejan Law, LLC
5109 23rd Ave W.
Everett, WA 98203

VISIONAL SETTLEMENT AGREEMENT that contemplates the full and final termination of this Action with prejudice.

2. That Agreement, however, is not yet fully consummated, with that consummation expected this coming December 2022. More specifically, what is required to accomplish that consummation is Ferris' promised timely delivery to Fantagraphics, for publication by it, of her final manuscript for "Book 2" of Ferris' work MY FAVORITE THING IS MONSTERS.

3. In light of this development, the parties respectfully submit that it would be appropriate -- in fact necessary for that consummation to be achieved -- for the Court at this time to enter an order staying all activity and deadlines in the case through December 18, 2022. The parties assume that in the event such a stay expires before consummation of the Agreement can be achieved, they shall be deemed to be in the same litigation position they are in at the filing of this Motion and Declaration. Accordingly, the Parties hereby jointly request the entry of such an order.

4. Declarants are fully prepared to address any questions the Court may have in this connection.

Dated: September 30, 2022

_____
Kenneth P. Norwick

_____
Marc H. Greenberg

JOINT MOTION AND DECLARATION FOR STAY
2:21-cv-00802 - LK  2

Endejan Law, LLC
5109 23rd Ave W.
Everett, WA 98203