THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

---

FANTAGRAPHICS BOOKS, INC.,

        Plaintiff,

EMIL FERRIS,

        Defendant.

---

EMIL FERRIS,

        Counter-Claimant,

v.

FANTAGRAPHICS BOOKS, INC.,

        Counter-Defendant.

---

2:21-cv-00802 - LK

**STIPULATION PURSUANT TO FRCP 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Fantagraphics Books, Inc. and Defendant Emil Ferris stipulate and agree as follows:

1. As contemplated by the Court's Orders at Dkt 46 and 48, Defendant has delivered to Plaintiff her complete manuscript of Volume 2 of MY FAVORITE THING IS MONSTERS, which manuscript Plaintiff has found to be acceptable to it and will proceed to publish; and

---

STIPULATION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)
2:21-cv-00802 - LK 1

Endejan Law, LLC
5109 23rd Ave W.
Everett, WA 98203

2. Accordingly, all claims in this Action shall be dismissed with prejudice and without costs or fees to any party.

The Clerk of the Court is hereby requested to enter this dismissal in the records of the Court.

Respectfully submitted this 7th day of March 2023

| KENNETH P. NORWICK | MARC GREENBERG, ATTORNEY AT LAW |
|---|---|
| s/ *[signature]* | s/ Marc H. Greenberg |
| *Pro Hac Vice* | *Pro Hac Vice* |
| NORWICK & SCHAD | Golden Gate University School of Law |
| 110 E 59th Street | 536 Mission Street |
| New York, NY 10022 | San Francisco, CA 94105-2968 |
| 212-751-4440 | (415) 235-3352 |
| ken@norwickschad.com | mhg@marcgreenberglaw.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant Emil Ferris |
| Fantagraphics Books, Inc | |